# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 16-0064 JEM | Date | May 18, 2016 |
|---|---|---|---|
| Title | PACKAGING CORPORATION OF AMERICA v ABSOLUTE PACKING, INC. | | |

Present: The Honorable  **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE MOTION FOR SUMMARY JUDGMENT

   Plaintiff Packaging Corporation of America filed a Motion for Summary Judgment ("MSJ") on April 26, 2016.  Opposition was due May 10, 2016.  No Opposition was filed.  Thus, the hearing on the MSJ set for May 31, 2016 is hereby vacated.  The Court also issues an Order to Show Cause why the MSJ should not be granted, and requires a Response from Defendant Absolute Packing, Inc. by **May 27, 2016**.

:

Initials of Preparer      sa