UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACKAGING CORPORATION OF AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ABSOLUTE PACKAGING, INC.,<br><br>Defendant. | Case No. 2:16−cv−00064−JEM<br><br>**[PROPOSED] JUDGMENT**<br><br><u>Judge</u>: Hon. John E. McDermott<br><u>Hearing Date</u>: May 31, 2016<br><u>Hearing Time</u>: 10:00 a.m.<br><u>Place</u>: Courtroom C – 8th Floor |

The Court, having considered the parties' submissions and arguments concerning the motion of plaintiff Packaging Corporation of America ("PCA") for summary judgment against defendant Absolute Packaging, Inc., finds that the relief PCA seeks is proper and necessary under Rule 56 of the Federal Rules of Civil Procedure based on the applicable law and the undisputed material facts.

Accordingly, the Court hereby GRANTS PCA's Motion for Summary Judgment, and ORDERS as follows:

1. Packaging Corporation of America's motion for summary judgment against Absolute Packaging, Inc. for breach of contract under §§ 2709(1) and 2607(1) of the California Uniform Commercial Code is GRANTED;

2. Packaging Corporation of America's motion for summary judgment against Absolute Packaging, Inc. based upon a book account Cal. Code Civ. P. § 337a is GRANTED;

3. Packaging Corporation of America is entitled to recover the sum of $94,321.92 from Absolute Packaging, Inc., together with prejudgment interest at the rate of 10 percent per annum pursuant to Cal. Civ. Code § 3289(b) and attorneys' fees of $1,000 pursuant to Cal. Civ. Code § 1717.5, and costs allowed by law.

IT IS SO ORDERED.

Dated: May 27, 2016

*John E. McDermott*
Honorable John E. McDermott
United States Magistrate Judge